## DISTRICT OF COLUMBIA, et al., Appellants,

v.

## Fred GANDY, Jr., Appellee.

### No. 79–947.

District of Columbia Court of Appeals.

Jan. 10, 1983.

Before NEWMAN, Chief Judge and KELLY and FERREN, Associate Judges.

### ORDER

PER CURIAM.

It appearing that this court shall rehear the above-entitled appeal on February 22, 1983, it is

ORDERED that the September 22, 1982, opinion and judgment, 450 A.2d 896, D.C. App., heretofore entered are hereby vacated.

Opinion on rehearing.